## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 6:17-CV-312-ADA-JCM |
| PATRICIA ORTIZ-DEBAUN, KAYLA CHANDLER, and KELSEY CHANDLER, INDIVIDUALLY AND AS INDEPENDENT CO-EXECUTORS OF THE ESTATE OF CLYDE W. CHANDLER, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Came for consideration the status of the above-referenced action. Specifically, the above-referenced matter was voluntarily dismissed by Plaintiff on February 27, 2018 [ECF #4]. Accordingly, the Court **ORDERS** the instant federal action be administratively closed. This Order is issued solely for docket control purposes, and only administratively effectuates Plaintiff's voluntary dismissal of its claims in this matter.

Accordingly, the Clerk's Office is directed to administratively close the above-referenced cause of action.

SIGNED this _____ day of October, 2018.

HON. JEFFREY MANSKE
U.S. MAGISTRATE JUDGE